# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM MURRAY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-12-0105-F |
| ) | |
| ROBERT PATTON, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner, a state prisoner appearing pro se whose pleadings are liberally construed, seeks a writ of habeas corpus in this action. Magistrate Judge Shon T. Erwin filed a Report and Recommendation (the Report, doc. no. 16), recommending that the petition be denied. The Report advised the petitioner of his right to object to the Report by June 20, 2014, and that failure to make timely objection to the Report waives appellate review of both factual and legal issues contained in the Report. Petitioner did not file an objection or ask for an extension of time within which to object. Upon review, and with no objection having been filed, the court concludes that it agrees with the Magistrate Judge and that no purpose would be served by any further analysis here.

The court hereby **ADOPTS**, **ACCEPTS** and **AFFIRMS** the Report of the Magistrate Judge. The petition for writ of habeas corpus is **DENIED**. A certificate of appealability is **DENIED**.

Dated this 7th day of July, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0105p001.wpd